```
 1
 2  ANDRÉ BIROTTE JR.
    United States Attorney
 3  ROBERT E. DUGDALE
 4  Assistant United States Attorney
    Chief, Criminal Division
 5  STEVEN R. WELK
 6  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 7  JENNIFER M. RESNIK
    Assistant United States Attorney
 8  Asset Forfeiture Section
    (Cal. State Bar # 233634)
 9       1400 United States Courthouse
10       312 North Spring Street
         Los Angeles, California 90012
11       Telephone: (213) 894-6595
         Facsimile: (213) 894-7177
12       E-mail: jennifer.resnik@usdoj.gov
13
    Attorneys for Plaintiff
14  UNITED STATES OF AMERICA
15
                    UNITED STATES DISTRICT COURT
16
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
17
18  UNITED STATES OF AMERICA,        )  NO. CV 11-01766-AHM (AGRx)
19                                   )
              Plaintiff,             )
20                                   )  [PROPOSED] PROTECTIVE ORDER
              v.                     )
21                                   )
    $696,993.32 in U.S. CURRENCY,    )
22                                   )
              Defendant.             )
23                                   )
    _____)
24  ARTURO HERNANDEZ ALVAREZ,        )
    ARTURO HERNANDEZ SANCHEZ AND     )
25  MIRIAM BROISSIN ESQUINAZI        )
                                     )
26            Claimants.             )
                                     )
27  _____)
28
    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:
```

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

1. The government shall disclose to counsel for claimants Arturo Hernandez Alvarez, Arturo Hernandez Sanchez and Miriam Broissin Esquinazi ("the claimants") materials obtained from its investigation into Lindsey Manufacturing Company and Grupo Internacional de Asesores S.A. (the "Lindsey Materials") in the interest of justice and to allow the claimants to adequately prepare for trial.

2. The Lindsey Material include personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers and bank account numbers (collectively, "personal information"), and commercially sensitive information, including but not limited to trade secrets, contractual information, and other information the disclosure of which could prejudice the competitive position of other companies or individuals about whom the information relates (collectively, "commercially sensitive information").

3. This personal and commercially sensitive information is found throughout the Lindsey Materials, making redaction of that information impracticable and unduly burdensome for the government.

4. To protect the personal and commercially sensitive information, only the claimants, their counsel, their counsel's agents, and other persons necessary for the investigation,

preparation, and presentation of a defense in the above-captioned case ("necessary parties") may review the ABB Materials.

5. All necessary parties are expressly ordered to use the Lindsey Materials only for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

6. To ensure compliance with this order, any necessary parties receiving Lindsey Materials must first acknowledge, in writing, that they have reviewed this Order and agree to abide by its terms.

7. At the conclusion of this matter, counsel for the claimants will collect and destroy any and all copies of the Lindsey Materials that counsel for the claimants possesses and/or has distributed to necessary parties.

DATED: January 5, 2012

_Alicia G. Rosenberg_
The Honorable ~~A. Howard Matz~~

Submitted by:

_[signature]_
JENNIFER M. RESNIK
Assistant United States Attorney