ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 11-01766-AHM (AGRx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $696,993.32 in U.S. CURRENCY, | |
| Defendant. | |
| ARTURO HERNANDEZ ALVAREZ, ARTURO HERNANDEZ SANCHEZ AND MIRIAM BROISSIN ESQUINAZI, | |
| Claimant. | |

    This action was filed on March 1, 2011.  Notice was given and published in accordance with law.  Claimants Arturo Hernandez Alvarez, Arturo Hernandez Sanchez and Miriam Broissin Esquinazi ("Claimants") filed the only claims to defendant $696,993.32 in

1  U.S. currency which was seized on or about October 6, 2010,
2  pursuant to a federal seizure warrant from Banco Popular account
3  number xxxxxx4005 in the names of Arturo Hernandez Alvarez,
4  Arturo Hernandez Sanchez and Miriam Broissin Esquinazi (the
5  "defendant currency").  No other statements of interest or
6  answers have been filed, and the time for filing such statements
7  of interest and answers has expired.  Plaintiff and Claimants
8  have reached an agreement that is dispositive of the action.  The
9  parties hereby request that the Court enter this Consent Judgment
10 of Forfeiture.

       **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

       A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

       B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

       C.   Notice of this action has been given in accordance with law.  All potential claimants to defendant $696,993.32 in U.S. currency other than Claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

       D.   The United States of America shall have judgment as to $350,000.00 of the defendant currency, together with all interest earned by the government on $350,000.00 of the defendant currency, and no other person or entity shall have any right, title or interest therein.

       E.   $346,993.32.00 of the defendant currency, together with all interest earned by the government on that amount since

seizure, shall be paid to Claimants not later than forty-five (45) days from the date of entry of this judgment to Claimants by electronic transfer.  Claimants' counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment.  Said payment shall be subject to applicable federal law.

       F.   Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///
///
///

G. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 14, 2012

_____
THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**