```
ANDRÉ BIROTTE JR.
United States Attorney                          JS - 6
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>$696,993.32 in U.S. CURRENCY,<br><br>                Defendant.<br><br>ARTURO HERNANDEZ ALVAREZ,<br>ARTURO HERNANDEZ SANCHEZ AND<br>MIRIAM BROISSIN ESQUINAZI,<br><br>                Claimant. | CV 11-01766-AHM (AGRx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

      This action was filed on March 1, 2011. Notice was given and published in accordance with law. Claimants Arturo Hernandez Alvarez, Arturo Hernandez Sanchez and Miriam Broissin Esquinazi ("Claimants") filed the only claims to defendant $696,993.32 in

1 U.S. currency which was seized on or about October 6, 2010,
2 pursuant to a federal seizure warrant from Banco Popular account
3 number xxxxxx4005 in the names of Arturo Hernandez Alvarez,
4 Arturo Hernandez Sanchez and Miriam Broissin Esquinazi (the
5 "defendant currency").  No other statements of interest or
6 answers have been filed, and the time for filing such statements
7 of interest and answers has expired.  Plaintiff and Claimants
8 have reached an agreement that is dispositive of the action.  The
9 parties hereby request that the Court enter this Consent Judgment
10 of Forfeiture.
11      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
12      A.   This Court has jurisdiction over this action
13 pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties
14 hereto.
15      B.   The Complaint for Forfeiture states a claim for
16 relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).
17      C.   Notice of this action has been given in accordance
18 with law.  All potential claimants to defendant $696,993.32 in
19 U.S. currency other than Claimants are deemed to have admitted
20 the allegations of the Complaint.  The allegations set out in the
21 Complaint are sufficient to establish a basis for forfeiture.
22      D.   The United States of America shall have judgment
23 as to $350,000.00 of the defendant currency, together with all
24 interest earned by the government on $350,000.00 of the defendant
25 currency, and no other person or entity shall have any right,
26 title or interest therein.
27      E.   $346,993.32.00 of the defendant currency, together
28 with all interest earned by the government on that amount since

1  seizure, shall be paid to Claimants not later than forty-five
2  (45) days from the date of entry of this judgment to Claimants by
3  electronic transfer.  Claimants' counsel agrees to provide
4  appropriate financial institution account information within 10
5  days of execution of this consent judgment.  Said payment shall
6  be subject to applicable federal law.
7         F.   Claimants hereby release the United States of
8  America, its agencies, agents, and officers, including employees
9  and agents of the Internal Revenue Service, from any and all
10 claims, actions or liabilities arising out of or related to this
11 action, including, without limitation, any claim for attorney's
12 fees, costs or interest which may be asserted on behalf of the
13 Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.
14 ///
15 ///
16 ///

G. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 14, 2012

_____
THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**